UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **MAGISTRATE JUDGE COLE** |
| | ) | |
| v. | ) | **07CR      779** |
| | ) | |
| JERVEL T. BARNES | ) | CASE NUMBER: _____ |

## AFFIDAVIT IN REMOVAL PROCEEDINGS

The undersigned Affiant personally appeared before JEFFREY COLE, a United States Magistrate Judge, and being duly sworn on oath, states: that at the WESTERN DISTRICT OF WASHINGTON,  one JERVEL T. BARNES, was charged in an information with assault of a federal officer while engaged in the performance of official duties in violation of 18 U.S.C. §§ 7 and 111(a)(1) and intentionally preventing a police officer from lawfully arresting him in violation of 18 U.S.C.  §§ 7 and 13 and RCW 9A.76.040, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. (See Attached - Warrant for Arrest and Information (Ex. A) (the defendant's name is spelled on the Warrant as Jervell T. Barnes and is spelled incorrectly on the Information as Jervel L. Barnes).  The undersigned Affiant further certifies that a Warrant for Arrest is outstanding for the arrest of said defendant for failure to appear for arraignment in violation of 18 U.S.C. §§ 7 and 13. (See Attached – Warrant for Arrest (Ex. B)).


**FILED**

NOV 2 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wherefore, Affiant prays that the defendant be dealt with according to law.

Michael D. Schulte
U.S. Marshals Service

Subscribed and Sworn to before me this
27th day of _November_, 2007.

JEFFREY COLE
United States Magistrate Judge

AUSA Bethany K. Biesenthal

Bond set [or recommended] by issuing Court at _____

# Exhibit A

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

JERVELL T. BARNES

**WARRANT FOR ARREST**

CASE NUMBER: CR03-5664
CR03-5670

To:     The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JERVELL T. BARNES___ and bring him or her forthwith to the

nearest magistrate to answer a(n) Information charging him or her with:

Failing to appear before the Honorable J. Kelley Arnold on December 3, 2003, to answer the following:

DWLS 2ND ?, ASSAULT, RESISTING ARREST

in violation of Title ___18___ United States Code, Section(s) ___7&13___

| | |
|---|---|
| Traci Whiteley | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |

Signature of Issuing Officer

___January 2, 2003 at Tacoma, Washington___
Date and Location

JKA
Bail fixed at _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy

FILED    LODGED
RECEIVED

OCT 2 3 2003

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: CR03-5670 |
| vs. | ) |
| | ) INFORMATION |
| JERVEL L. BARNES, | ) |
| Defendant. | ) |

The United States Attorney charges that:

### Count I

On or about August 23, 2003, at Naval Station Bremerton, Bremerton, Washington, within the special maritime and territorial jurisdiction of the United States, JERVEL L. BARNES, did assault, resist, impede or interfere with a federal officer while engaged in the performance of official duties.

All in violation of Title 18, United States Code, Sections 7 and 111(a) (1).

### Count II

On or about August 23, 2003, at Naval Station Bremerton, Bremerton, Washington, within the special maritime and territorial jurisdiction of the United States, JERVEL L. BARNES, did intentionally prevent a police officer from lawfully arresting him.

All in violation of Title 18, United States Code, Sections 7 and 13, and RCW 9A.76.040.

Page 1 of 2 – IN...

03-CR-05670-INFO

Special Asst. U. S. Attorney
Naval Station Bremerton
20 South Dewey Road
Bremerton, Washington 98314-5020
(360) 476-3443

1

2    DATED this 26 day of _____October_____, 2003.

3

4                                JOHN McKAY
                                United States Attorney
5

6

7    A. T. WILKES
     Special Assistant U. S. Attorney

8
      ///
9
      ///
10
      ///
11
      ///
12
      ///
13
      ///
14
      ///
15
      ///
16
      ///
17
      ///
18
      ///
19
      ///
20
      ///
21
      ///
22
      ///
23
      ///
24

25

Page 1 of 2 – INFORMATION                    Special Asst. U. S. Attorney
        USA v. BARNES                        Naval Station Bremerton
                                             120 South Dewey Road
                                             Bremerton, Washington 98314-5020
                                             (360) 476-3443

# Exhibit B

# United States District Court

## WESTERN DISTRICT OF WASHINGTON

### WARRANT FOR ARREST

UNITED STATES OF AMERICA

v.

JERVEL T. BARNES

CASE NUMBER:   N042479/WW75
N042480/WW75
N042481/WW75

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ____ JERVEL T. BARNES ____ and bring him or her

forthwith to the nearest magistrate to answer a VIOLATION NOTICE charging him or her with:

FAILURE TO APPEAR FOR ARRAIGNMENT ON FEBRUARY 4, 2004 ON THE FOLLOWING CHARGES:

DRIVING WHILE LICENSE SUSPENDED OR REVOKED - 3RD DEGREE
FAILURE TO GIVE INFORMATION/COOPERATE WITH OFFICER
NO PROOF OF VALID INSURANCE

in violation of Title __ 18 __ United States Code, Section(s) __ 7 & 13 __

Lowell Williams _____
Name of Issuing Officer

Deputy Clerk _____
Title of Issuing Officer

_Lowell Williams_
Signature of Issuing Officer

February 20, 2004 at Seattle, Washington
Date and Location

[JKA]
Bail fixed at _____   by _____

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _Lowell Williams_
Deputy Clerk

| RETURN |
| --- |
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |