## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 779 | **DATE** | 11/27/07 |
| **CASE TITLE** | USA vs. Jervel T. Barnes | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 11/27/2007. Defendant informed of rights. Enter order appointing Mr. Flynn as counsel for defendant for initial appearance only. Removal proceedings held. Defendant waives identity hearing. The Court finds that the defendant is the person named in the arrest warrant. Order defendant removed to USDC Western District of Washington. The issue of whether defendant will be removed in custody will be determined on 11/30/07. Removal is stayed pending disposition of the detention hearing. Detention hearing set for 11/30/07 at 12:00 p.m. before Magistrate Judge Cole.

Docketing to mail notices

00:30