## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Jeffrey Cole | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 779 - 1 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. Jervel T Barnes | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government's oral motion for detention of defendant is granted for the reasons stated in open court. Defendant Jervel T. Barnes will remain in custody pending trial or until further order of the Court. Order defendant removed in custody to the Western District of Washington - forthwith.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|