# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 779 | DATE | 12/3/2007 |
| CASE TITLE | USA vs. Jervel T. Barnes | | |

**DOCKET ENTRY TEXT**

Enter order: Jervel T. Barnes to be detained for his removal to the Western District of Washington.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| Courtroom Deputy Initials: | CDH |
|---|---|