UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                        ) | No. 07 CR 779 |
| ) | Magistrate Judge Jeffrey Cole |
| JERVEL T. BARNES          ) | |

ORDER OF DETENTION FOR REMOVAL

THIS CAUSE coming to be heard upon the government's motion to detain the defendant for his removal to the Western District of Washington, pursuant to 18 U.S.C. § 3142, and this Court having reviewed and considered the evidence presented, as well as having heard argument on this matter, the Court hereby finds:

1. Defendant has been charged in the Western District of Washington in a two count information alleging that he assaulted a federal officer while engaged in the performance of official duties in violation of 18 U.S.C. §§ 7 and 111(a)(1) and intentionally preventing a police officer from lawfully arresting him in violation of 18 U.S.C. §§ 7 and 13 and RCW 9A.76.040. Defendant is also subject to an outstanding arrest warrant in the Western District of Washington for failure to appear in violation of 18 U.S.C. §§ 7 and 13.

2. After a hearing and argument on this matter, the Court finds that the statutory factors enumerated in 18 U.S.C. § 3142(g) favor the removal of the defendant in custody:

   (a) The nature of the charges against the defendant, namely failure to appear, weigh in favor of detention.

   (b) As to the character of the defendant, the Court notes of the criminal history set forth in the report prepared by Pretrial services. That report indicates that the defendant is and has been subject to several warrants for arrest for failure to appear in the past, as well as bond forfeitures. Further, the defendant has a criminal history which includes crimes of violence.

3. Based upon the aforementioned factors, the Court finds by a preponderance of the evidence that the defendant poses a risk of flight.

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 3142(e), that defendant Jervel T. Barnes be detained for his removal to the Western District of Washington.

IT IS FURTHER ORDERED that defendant shall be afforded reasonable opportunity for private consultation with counsel and that, the extent practicable, the defendant shall be kept separate from persons awaiting or serving sentences or being held in custody pending appeal..

ENTER:

JEFFREY COLE
United States Magistrate Judge

Dated: November 30, 2007