

FILED

DEC 1 1 2007 YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Western District of Washington
Union Station Courthouse
1717 Pacific Ave.
Tacoma, WA 98402

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X S. Bourdage ☒ Agent ☐ Addressee

B. Received by (Printed Name) S. Bourdage

C. Date of Delivery 12/7/07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Mail ☐ Express Mail
☐ Return Receipt for Merchandise
Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7006 0100 0001 7312 4659

PS Form 3811, February 2004 Domestic Return Receipt 07CR779 102595-02-M-1540